| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 21-CR-33-01-PB |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:22-cr-00009-NT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Rupert | DISTRICT OF NEW HAMPSHIRE | |
| Maine | NAME OF SENTENCING JUDGE | |
| | Honorable Paul Barbadoro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/19/2021 | TO 07/18/2022 |

OFFENSE
Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Maine upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 21, 2022 | /s/ Paul Barbadoro |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MAINE</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| January 31, 2022 | /s/ Nancy Torresen |
|---|---|
| *Effective Date* | *United States District Judge* |