UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JOHN RUPERT ) <br> ) | Criminal Case No. 1:21-cr-33-PB-01 |

## INDICTMENT

The Grand Jury charges:

COUNT ONE

Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about February 3, 2021, in the District of New Hampshire and elsewhere, the defendant,

JOHN RUPERT

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, a telephone communication to the Somersworth, New Hampshire City Hall containing a bomb threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated: March 1, 2021

/s/ Foreperson
FOREPERSON

SCOTT W. MURRAY
UNITED STATES ATTORNEY

/s/ Georgiana L. MacDonald
By: Georgiana L. MacDonald
Assistant U.S. Attorney